UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**ROBERT SUTTON,**                  :
                                    :
    **Plaintiff,**   :
                                    :
    **v.**          :   Civ. Action No. 07-1445(RMC)
                                    :
**DISTRICT OF COLUMBIA,**           :
                                    :
    **Defendant.**  :
_____:

**DEFENDANT'S CONSENT MOTION FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT**

    Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from September 11, 2007, to and including October 3, 2007, within which to file an answer to Plaintiff's Complaint. Undersigned counsel is burdened with several upcoming deadlines, and will be unable to file an answer by September 11.

    Undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion. Plaintiff's counsel has consented to the relief requested.

    Based upon the foregoing, Defendant, District of Columbia, respectfully requests that this motion be granted and that its time to file its answer be extended to and including October 3, 2007.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District
     of Columbia

2

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**September 7, 2007**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/  *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROBERT SUTTON,** | : |
| **Plaintiff,** | : |
| v. | : Civ. Action No. 07-1445(RMC) |
| **DISTRICT OF COLUMBIA,** | : |
| **Defendant.** | : |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to File an Answer to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may file an answer to the Complaint on or before October 3, 2007.

_____
UNITED STATES DISTRICT JUDGE

4