UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT SUTTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1445 (RMC) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

The Defendant, through counsel, respectfully moves this Court for an enlargement of time from October 25, 2007, to October 31, 2007, to reply to the Plaintiff's October 15, 2007, opposition to the Defendant's earlier motion to dismiss the Complaint herein. As grounds for this request, the Defendant represents as follows:

1. The Defendant's responsible counsel in this case is currently on vacation, will not return to the office until October 25, the date when the reply pleading is currently due, and will require some reasonable time to analyze and respond to the Plaintiff's opposition.

2. On October 16, 2007, the Plaintiff's counsel consented to a grant of this enlargement, pursuant to LCvR 7.1 (m).

3. The Plaintiff will not be prejudiced by the granting of this motion.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

                Respectfully submitted,

                LINDA SINGER
                Acting Attorney General
                for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                **/s/ Edward P. Taptich**
                EDWARD P. TAPTICH
                Chief, Equity Section 2
                Bar Number 012914
                441 Fourth Street, N.W., Sixth Floor South
                Washington, D.C. 20001
                (202) 724-7334
                E-mail: Edward.Taptich@dc.gov

October 16, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT SUTTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Civil Action No. 07-1445 (RMC) |
| DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of the Defendant's Consent Motion To Enlarge The Time To Reply To Plaintiff's Opposition To Motion To Dismiss, and of the record herein, it is hereby

ORDERED, that the Defendant's Motion is GRANTED; and it is

FURTHER ORDERED, that the Defendant shall file its reply to the Plaintiff's October 15, 2007, opposition no later than October 31, 2007.

United States District Judge Rosemary M. Collyer