# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
|  |  |
|---|---|
| **ROBERT SUTTON,** | : |
|  | : |
| **Plaintiff,** | : |
|  | : |
| **v.** | :  **Civ. Action No. 07-1445(RMC)** |
|  | : |
| **DISTRICT OF COLUMBIA,** | : |
|  | : |
| **Defendant.** | : |

_____

## DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

On October 3, 2007, the Defendant filed a Motion to Dismiss in the above captioned case. The Defendant hereby withdraws that Motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**October 29, 2007**