UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SUTTON, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-1445 (RMC) |
| DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

**ORDER FOR JOINT SCHEDULING ORDER**

The above-captioned case has been assigned to this Judge for resolution. Counsel are asked to evaluate their case's suitability for the various forms of alternative dispute resolution. Counsel are reminded that among their options are mediation, arbitration, early neutral evaluation, summary jury trial, or any other form of alternative dispute resolution that can be tailored to the needs of their case.

Extensions or enlargements of time will only be granted upon motion, and not upon stipulation by the parties. Motions for a continuance or other scheduling change must be filed three business days prior to the hearing and must include alternative dates that have been agreed upon by all parties. Requests that do not include an alternative date acceptable to all parties will be denied.

Parties are to communicate with the Court by motion, opposition, and reply – not by letter. Inquiries concerning the status of any pending matter shall be

directed to the Courtroom Deputy Clerk, Chashawn White (202/354-3176) or, if she is unavailable, to the staff person in the Clerk's Office designated as her substitute, and not to chambers. Chambers personnel will not handle questions relating to the status or scheduling of pending matters.

In an emergency, however, Chambers can be reached at 202/354-3560.

It is hereby

**ORDERED** that the parties shall submit a Joint Proposed Scheduling Order no later than **January 31, 2008**. The Proposed Scheduling Order shall include a proposed date for filing of the administrative record and a proposed dispositive motion schedule for the Court's approval.

Date: January 9, 2008                              /s/
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge