IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT SUTTON,** | ) | |
| Plaintiff, | ) | |
|  | ) | **Civil Action No. 07-1445** |
| v. | ) | **RMC** |
|  | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| Defendant. | ) | |

## NOTICE AND STIPULATION OF DISMISSAL

The Parties hereby stipulate to dismissal of all claims.

        Respectfully submitted,


/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264
Email: tyrka@tyrkalaw.com


PETER NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South

Washington, DC 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**January 30, 2008**